1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  CELLULAR COMMUNICATIONS            Case No.:  15cv2373-JAH-MDD
    EQUIPMENT LLC,
12                                     **ORDER RE: AT&T MOBILITY**
                        Plaintiff,     **LLC'S MOTION TO COMPEL**
13                                     **ACACIA FOR PRODUCTION OF**
    v.                                 **DOCUMENTS**
14
    HTC CORPORATION, et al.,
15
                        Defendants.
16

17

18          On October 29, 2015, AT&T Mobility LLC (AT&T) moved to seal its

19  Notice of Motion and Motion to Compel Acacia Research Corporation (Acacia)

20  to Produce Patent License Agreements and Related Documents. (ECF No. 1).

21  The Court Orders as follows:

22          1.      On or before **November 13, 2015**, AT&T must serve Acacia with

23  the moving papers and file a notice regarding completion of service.

24          2.      On or before **November 13, 2015**, AT&T must file a redacted

25  version of all documents submitted in support of its motion to compel which

26  will be publicly available on the court docket.

15cv2373-JAH-MDD

3. Within five days of service, Acacia must file a notice stating whether it consents to transfer the pending motion to the Eastern District of Texas pursuant to Fed. R. Civ. P. 45(f).

4. If Acacia does not consent to transfer the pending motion to compel, AT&T must file a statement as to whether this case falls within the exceptional circumstances category justifying transfer under Rule 45(f).

5. Following the decision regarding transfer, if the case remains in this Court, a briefing schedule regarding the merits will be issued.

IT IS SO ORDERED.

Dated:   **November 5, 2015**

Hon. Mitchell D. Dembin
United States Magistrate Judge

15cv2373-JAH-MDD