CHRISTOPHER W. KENNERLY (SB# 255932)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JEFFREY D. COMEAU (SB# 259679)
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | CASE NO. 15CV2373-JAH-MDD<br><br>**AT&T MOBILITY LLC'S NOTICE OF COMPLETION OF SERVICE** |

Pursuant to paragraph 1 of the Court's Order of November 5, 2015 (Dkt. No. 4), AT&T Mobility LLC ("AT&T") files this Notice of Completion of Service. AT&T has completed service of the moving papers relating to AT&T's Motion to Compel and the Court's Order on Acacia Research Corporation ("Acacia") through Acacia's outside counsel. Acacia's outside counsel agreed to accept service on Acacia's behalf effective November 6, 2015.

DATED: November 6, 2015       Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ Jeffrey D. Comeau
JEFFREY D. COMEAU
CA SB# 259679
jeffreycomeau@paulhasting.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorney for Defendant
AT&T MOBILITY LLC

-1-

NOTICE