MARC J. SCHNEIDER, SBN 214609
  mschneider@sycr.com
STEPHEN L. RAM, State Bar No. 240769*
  sram@sycr.com
JESSICA L. MULLEN, State Bar No. 288845
  jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Third Party
ACACIA RESEARCH CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>HTC CORPORATION, et al.,<br><br>            Defendants. | Case No. 15-cv-2373-JAH-MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**THIRD PARTY ACACIA RESEARCH CORPORATION'S NOTICE OF NON-CONSENT TO TRANSFER OF AT&T MOBILITY LLC'S PENDING MOTION TO COMPEL TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO FED. R. CIV. P. 45(F)** |

---

\* Petition for admission to the United States District Court Southern District of California to be filed.

NOTICE OF NON-CONSENT TO TRANSFER (15cv2373)

LITIOC/2127481v1/101022-0120

Stradling Yocca Carlson & Rauth
Lawyers
Newport Beach

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to the Court's Order Re: AT&T Mobility LLC's Motion To Compel Acacia For Production Of Documents of November 5, 2015 (Dkt. No. 4), third party Acacia Research Corporation does not consent to transfer of AT&T Mobility LLC's pending Motion to Compel (Dkt. No. 1) to the Eastern District of Texas pursuant to Fed. R. Civ. P. 45(f).

DATED:  November 10, 2015      STRADLING YOCCA CARLSON & RAUTH, P.C.

By: s/Jessica L. Mullen

Marc J. Schneider
  mschneider@sycr.com
Stephen L. Ram[2*]
  sram@sycr.com
Jessica L. Mullen
  jmullen@sycr.com
Attorneys for Third Party
ACACIA RESEARCH CORPORATION

---

*[2] Petition for admission to the United States District Court Southern District of California to be filed.