CHRISTOPHER W. KENNERLY (SB# 255932)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JEFFREY D. COMEAU (SB# 259679)
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
AT&T MOBILITY LLC

FILED
OCT 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | CASE NO. 15CV2373 BEN MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**AT&T MOBILITY LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ACACIA RESEARCH CORPORATION TO PRODUCE PATENT LICENSE AGREEMENTS AND RELATED DOCUMENTS**<br><br>Date:<br>Time:<br>Dept.: |

**FILED UNDER SEAL**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

COPY

-1-

NOTICE OF MOTION AND MOTION TO COMPEL

1  PLEASE TAKE NOTICE that as soon as the matter can be heard in this
2  court, Defendant AT&T Mobility LLC ("AT&T") will move the Court to compel
3  production of documents by third party Acacia Research Corporation.
4  Pursuant to Fed. R. Civ. P. 45, AT&T hereby respectfully moves for an order
5  compelling Acacia Research Corporation to produce the following documents in
6  response to AT&T's subpoena:

7  • All licenses to the Asserted Patents involving Nokia Corp., Siemens and/or
8     NSN;

9  • Complete and unredacted copies of the redacted agreements relating to NSN,
10    Nokia Corp., and Siemens;

11 • ███████████████████████████████

12 • All agreements between one or more of the Inventors and one or more of
13    Acacia, CCE, Nokia Corp., Siemens, and/or NSN related to User Equipment
14    or any of the Patents-in-Suit, any Related Patent, or any Related Application;

15 • All license or settlement agreements relating to the Asserted Patents or
16    similar technology;

17 • All portfolio licenses that include the Asserted Patents, and those that do not
18    include one or more Asserted Patents; and

19 • Documents memorializing negotiations of licenses.

22  This motion is supported by this notice and motion, the memorandum of
23  points and authorities, declaration of Jeffrey D. Comeau and exhibits submitted
    concurrently herewith.

-2-

NOTICE OF MOTION AND MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | DATED:  October 20, 2015 | Respectfully submitted, |
| 2 | | PAUL HASTINGS LLP |
| 3 | | By: /s/ Jeffrey D. Comeau |
| | | JEFFREY D. COMEAU |
| 4 | | CA SB# 259679 |
| | | jeffreycomeau@paulhasting.com |
| 5 | | PAUL HASTINGS LLP |
| | | 4747 Executive Drive |
| 6 | | Twelfth Floor |
| | | San Diego, CA 92121-3114 |
| 7 | | Telephone: (858) 458-3000 |
| | | Facsimile: (858) 458-3005 |
| 8 | | |
| | | Attorney for Defendant |
| 9 | | AT&T MOBILITY LLC |

-3-

NOTICE OF MOTION AND MOTION TO COMPEL