```
1  CHRISTOPHER W. KENNERLY (SB# 255932)
   chriskennerly@paulhastings.com
2  PAUL HASTINGS LLP
   1117 S. California Ave.
3  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  JEFFREY D. COMEAU (SB# 259679)
   jeffreycomeau@paulhastings.com
6  PAUL HASTINGS LLP
   4747 Executive Drive
7  Twelfth Floor
   San Diego, CA 92121-3114
8  Telephone: (858) 458-3000
   Facsimile: (858) 458-3005
9
   Attorneys for Defendant
10 AT&T MOBILITY LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants. | CASE NO. _____<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**DECLARATION OF JEFFREY D. COMEAU IN SUPPORT OF AT&T MOBILITY LLC'S MOTION TO COMPEL ACACIA RESEARCH CORPORATION TO PRODUCE PATENT LICENSE AGREEMENTS AND RELATED DOCUMENTS**<br><br>Date:<br>Time:<br>Dept.: |

**FILED UNDER SEAL**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

-1-

1  I, Jeffrey D. Comeau hereby declare as follows:

2  1.  I am an attorney with Paul Hastings LLP and counsel of record for AT&T Mobility LLC ("AT&T") in this action. I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently as to their truth.

3  2.  Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Original Complaint for Patent Infringement filed on June 25, 2013 in *Cellular Communications Equipment LLC v. HTC Corp et al.* Case No. 6:13-cv-507.

4  3.  Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Corporate Disclosure Statement filed on June 26, 2013 in *Cellular Communications Equipment LLC v. HTC Corp et al.* Case No. 6:13-cv-507.

5  4.  Attached hereto as Exhibit 3 is a true and correct copy of Exhibit "A" to Plaintiff's Initial Disclosures served on AT&T on August 5, 2014.

6  5.  Attached hereto as Exhibit 4 is a true and correct copy of Acacia Research Corporation Web Page Biographies.

7  6.  Attached hereto as Exhibit 5 is a true and correct copy of a January 24, 2013 Letter from the Office of the Secretary of State for the State of Texas, enclosing the attached Cellular Communications Equipment LLC's Certificate of Formation.

8  7.  Attached hereto as Exhibit 6 is a true and correct copy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

9  8.  Attached hereto as Exhibit 7 is a true and correct copy of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

1  9. Attached hereto as Exhibit 8 is a true and correct copy of the
2  [Proposed] Amended Docket Control Order – Dkt. No. 455-1 in *Cellular*
3  *Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507,
4  Filed August 26, 2015.

5  10. Attached hereto as Exhibit 9 is a true and correct copy of the
6  September 22, 2015 Motions Hearing Transcript in *Cellular Communications*
7  *Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507.

8  11. Attached hereto as Exhibit 10 is a true and correct copy of United
9  States Patent No. 7,218,923 B2 – Hartikainen et al. Issued on May 15, 2007.

10  12. Attached hereto as Exhibit 11 is a true and correct copy of United
11  States Patent No. 7,941,174 B2 – Breuer et al. Issued on May 10, 2011.

12  13. Attached hereto as Exhibit 12 is a true and correct copy of United
13  States Patent No. 8,055,820 B2 – Sebire. Issued on November 8, 2011.

14  14. Attached hereto as Exhibit 13 is a true and correct copy of ███

███

17  15. Attached hereto as Exhibit 14 is a true and correct copy of the Order
18  Granting Joint Motion to Stay All Claims and Issues Pertaining to U.S. Patent No.
19  7,941,174 Pending *Inter Partes* Review – Dkt. No. 470 in *Cellular*
20  *Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507,
21  Filed on September 23, 2015.

22  16. Attached hereto as Exhibit 15 is a true and correct copy of the
23  February 26, 2014 Transcript of Status Conference in *Cellular Communications*
24  *Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507.

25  17. Attached hereto as Exhibit 16 is a true and correct copy of the Docket
26  Control Order – Dkt. No. 123 in *Cellular Communications Equipment LLC v. HTC*
27  *Corp. et al.*, Case No. 6:13-cv-00507, Filed on April 15, 2014.

28

-3-

18.    Attached hereto as Exhibit 17 is a true and correct copy of a July 2, 2014 Letter from Christopher Kennerly to Edward Nelson.

19.    Attached hereto as Exhibit 18 is a true and correct copy of a July 9, 2014 E-mail from Edward Nelson to Christopher Kennerly responding to July 2, 2014 Letter.

20.    Attached hereto as Exhibit 19 is a true and correct copy of CCE's Motion for Issuance of Letter Rogatory – Dkt. No. 259 in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507, Filed on October 1, 2014.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a February 5, 2015 E-mail from Tom Cecil to Defendants.

22.    Attached hereto as Exhibit 21 is a true and correct copy of Exhibit A – Letter Rogatory - Dkt. No. 259-1 in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507, Filed on October 1, 2014

23.    Attached hereto as Exhibit 22 is a true and correct copy of the April 9, 2015 Subpoena issued to Acacia Research Corporation to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507.

24.    Attached hereto as Exhibit 23 is a true and correct copy of an October 12, 2015 E-mail from Jeffrey Comeau to counsel for Acacia.

25.    Attached hereto as Exhibit 24 is a true and correct copy of ███████████████████████████████████████████████████████

26.    Attached hereto as Exhibit 25 is a true and correct copy of ███████████████████████████████████████████████████

1  27. Attached hereto as Exhibit 26 is a true and correct copy of █████
███████████████████████████████████████████████
█████████████████████████████████

4  28. Attached hereto as Exhibit 27 is a true and correct copy of █████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████

8  29. Attached hereto as Exhibit 28 is a true and correct copy of █████
█ ████████ ██████ █ ████ █████ █████
████████████████████████████

11  30. Attached hereto as Exhibit 29 is a true and correct copy of Third Party Acacia Research Corporation's Supplemental Responses to AT&T Mobility LLC's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, served on May 20, 2015.

15  31. Attached hereto as Exhibit 30 is a true and correct copy of Acacia Research Group LLC Form 10-K for the Fiscal Year ended December 31, 2014.

17  32. Attached hereto as Exhibit 31 is a true and correct copy of █████
█████████████████████████████████████████████
█████████████████████████████████████████

20  33. Attached hereto as Exhibit 32 is a true and correct copy of an October 13, 2015 Letter from Jessica Mullen to Jeffrey Comeau regarding Document Subpoena to Third-Party Acacia Research Corporation in Connection with *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20th day of October, 2015 in San Diego, California.

_____
JEFFREY D. COMEAU

*Cellular Communications Equipment LLC v. HTC Corp. et al.*
Case No. 6:13-cv-00507-KNM (Consolidated Lead Case)

# Exhibit Index

## AT&T Mobility LLC's Motion to Compel Acacia to Produce Patent License Agreements and Related Documents

| Exhibit No. | Document Description | Page Range |
|---|---|---|
| 1. | Plaintiff's Original Complaint for Patent Infringement *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) - Filed June 25, 2013 | 1-24 |
| 2. | Plaintiff's Corporate Disclosure Statement *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507-KNM Filed June 26, 2013 | 25-28 |
| 3. | Exhibit "A" to Plaintiff's Initial Disclosures – Served August 5, 2014 | 29-32 |
| 4. | Acacia Research Corporation Web Page Biographies | 33-41 |
| 5. | January 24, 2013 Letter from the Office of the Secretary of State for the State of Texas, enclosing attached Cellular Communications Equipment LLC's Certificate of Formation | 42-47 |
| 6. | [redacted] | 48-53 |
| 7. | [redacted] | 54-59 |
| 8. | [Proposed] Amended Docket Control Order – Dkt. No. 455-1 *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) - Filed August 26, 2015 | 60-67 |
| 9. | September 22, 2015 Motions Hearing Transcript in *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) | 68-105 |
| 10. | United States Patent No. 7,218,923 B2 – Hartikainen et al. Issued on May 15, 2007 | 106-119 |
| 11. | United States Patent No. 7,941,174 B2 – Breuer et al. Issued on May 10, 2011 | 120-128 |

1

*Cellular Communications Equipment LLC v. HTC Corp. et al.*
Case No. 6:13-cv-00507-KNM (Consolidated Lead Case)

| Exhibit No. | Document Description | Page Range |
|---|---|---|
| 12. | United States Patent No. 8,055,820 B2 – Sebire Issued on November 8, 2011 | 129-143 |
| 13. | ████████████████████████ | 144-243 |
| 14. | Order Granting Joint Motion to Stay All Claims and Issues Pertaining to U.S. Patent No. 7,941,174 Pending *Inter Partes* Review – Dkt. No. 470 in *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) – Filed on September 23, 2015 | 244-245 |
| 15. | February 26, 2014 Transcript of Status Conference in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) | 246-289 |
| 16. | Docket Control Order – Dkt. No. 123 in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) – Filed on April 15, 2014 | 290-301 |
| 17. | July 2, 2014 Letter from Christopher Kennerly to Edward Nelson | 302-306 |
| 18. | July 9, 2014 E-mail from Edward Nelson to Christopher Kennerly | 307-309 |
| 19. | CCE Motion for Issuance of Letter Rogatory – Dkt. No. 259 in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) – Filed on October 1, 2014 | 310-313 |
| 20. | February 5, 2015 E-mail from Tom Cecil to Defendants | 314-316 |
| 21. | Exhibit A – Letter Rogatory - Dkt. No. 259-1 in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507-KNM (Consolidated Lead Case) – Filed on October 1, 2014 | 317-324 |
| 22. | April 9, 2015 Subpoena issued to Acacia Research Corporation to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in *Cellular Communications Equipment LLC v. HTC Corp. et al.,* Case No. 6:13-cv-00507-KNM | 325-394 |
| 23. | October 12, 2015 E-mail from Jeffrey Comeau to Counsel for Acacia | 395-400 |

*Cellular Communications Equipment LLC v. HTC Corp. et al.*
Case No. 6:13-cv-00507-KNM (Consolidated Lead Case)

| Exhibit No. | Document Description | Page Range |
|---|---|---|
| 24. | ■■■ | 401-429 |
| 25. | ■■■ | 430-527 |
| 26. | ■■■ | 528-590 |
| 27. | ■■■ | 591-624 |
| 28. | ■■■ | 625-649 |
| 29. | Third Party Acacia Research Corporation's Supplemental Responses to AT&T Mobility LLC's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, served on May 20, 2015 | 650-707 |
| 30. | Acacia Research Group LLC Form 10-K | 708-796 |
| 31. | ■■■ | 797-803 |
| 32. | October 13, 2015 Letter from Jessica Mullen to Jeffrey Comeau regarding Document Subpoena to Third-Party Acacia Research Corporation in Connection with *Cellular Communications Equipment LLC v. HTC Corp. et al.*, Case No. 6:13-cv-00507 | 804-807 |