MARC J. SCHNEIDER, SBN 214609
  mschneider@sycr.com
STEPHEN L. RAM, State Bar No. 240769
  sram@sycr.com
JESSICA L. MULLEN, State Bar No. 288845
  jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Third Party
ACACIA RESEARCH CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>          Respondents | Case No. 15-cv-2373-JAH-MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**THIRD PARTIES ACACIA RESEARCH CORPORATION'S APPLICATION TO FILE UNDER SEAL EXHIBITS F, G, H AND I TO THE DECLARATION OF JESSICA L. MULLEN IN SUPPORT OF OPPOSITION TO AT&T MOBILITY LLC'S MOTION TO COMPEL** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

MOTION TO FILE UNDER SEAL (15cv2373)

LITIOC/2128484v1/101022-0120

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:** pursuant to the parties' Agreed Protective Order in the underlying
3  patent case *Cellular Communications Equipment LLC v. HTC Corporation, et al.*,
4  Civil Action No. 6:13-cv-507 pending in the Eastern District of Texas (the "Patent
5  Litigation"), Third Party Acacia Research Corporation ("ARC"), hereby
6  respectfully applies for an order allowing ARC to file under seal, **Exhibits F, G,
7  H, and I** to the Declaration of Jessica L. Mullen In Support Of ARC's Opposition
8  To AT&T Mobility LLC's Motion To Compel (the "Mullen Declaration").
9      ARC files this application because, as detailed below, the documents at issue
10 have been designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL –
11 ATTORNEYS' EYES ONLY" under the Agreed Protective Order issued in the
12 Patent Litigation.

## ARGUMENT

14     Courts have "broad latitude to grant protective orders to prevent disclosure
15 of materials for many types of information, including, but not limited to, trade
16 secrets or other confidential research, development, or commercial information."
17 *Phillips Ex rel. Estates of Bryd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th
18 Cir. 2002) (emphasis in original). Further, "[w]hen a court grants a protective order
19 for information produced during discovery, it already has determined that 'good
20 cause' exists to protect this information from being disclosed to the public by
21 balancing the needs for discovery against the need for confidentiality." *Id.* at 1213;
22 *Rich v. Hewlett-Packard Co.*, No. C06-03361-JF, 2009 U.S. Dist. LEXIS 64033, at
23 *4 (N.D. Cal. July 20, 2009) (same).
24     The Agreed Protective Order in the Patent Litigation allows any party or
25 third party producing information may designate information "CONFIDENTIAL"
26 if the producing party has a good faith belief that such discovery material
27 constitutes or contains confidential information or "HIGHLY CONFIDENTIAL –
28 ATTORNEYS' EYES ONLY" if the producing party has a good faith belief that

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2128484v1/101022-0120

-1-

MOTION TO FILE UNDER SEAL (15cv2373)

1  such discovery material constitutes or contains, among other things, proprietary
2  financial, business, or technical data, commercially sensitive competitive
3  information or trade secrets, damages related information, and/or licenses and
4  licensing documentation, the disclosure of which could cause harm to the business
5  or competitive position of the producing party.  (Declaration of Jessica Mullen ISO
6  Motion To File Under Seal, Ex. A at 4-5.)  Under the Agreed Protective Order, the
7  parties have agreed to file documents designated "CONFIDENTIAL" or
8  "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under seal.  (*Id*. at
9  1, 19, 21.)

10         Good cause exists to permit ARC to file under seal Exhibits F, G, H, and I to
11  the Mullen Declaration.  Exhibits F, G, H, and I are agreements that Plaintiff
12  Cellular Communications Equipment LLC has produced in the Patent Litigation
13  designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL –
14  ATTORNEYS' EYES ONLY" pursuant to the Agreed Protective Order (the
15  "Agreements").  Further, the Agreements contain highly confidential business and
16  proprietary information.  Moreover, Exhibit F to the Mullen Declaration contains
17  an express confidentiality provision to limit its disclosure, which reflects the
18  parties' mutual, contemporaneous belief and understanding of the confidential and
19  proprietary information contained in the agreement.  (Mullen Decl., Ex. F § 10.)

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2128484v1/101022-0120

-2-
MOTION TO FILE UNDER SEAL (15cv2373)

## CONCLUSION

Given the existence of the Agreed Protective Order in the Patent Litigation and Plaintiff's designation of the information pursuant to the Agreed Protective Order, ARC respectfully requests that the Court grant its motion to file the Agreements attached as Exhibits F, G, H, and I to the Declaration of Jessica L. Mullen In Support Of ARC's Opposition To AT&T Mobility LLC's Motion To Compel under seal.

DATED:  December 7, 2015          STRADLING YOCCA CARLSON & RAUTH, P.C.


                                            By:   s/ Jessica L. Mullen

                                            Marc J. Schneider
                                            Stephen L. Ram
                                            Jessica L. Mullen
                                            Attorneys for Third Party
                                            ACACIA RESEARCH CORPORATION

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2128484v1/101022-0120

-3-
MOTION TO FILE UNDER SEAL (15cv2373)