CHRISTOPHER W. KENNERLY (SB# 255932)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JEFFREY D. COMEAU (SB# 259679)
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | CASE NO. 15-CV-2373-JAH-MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**AT&T MOBILITY LLC'S MOTION FOR LEAVE TO SEAL**<br><br>Date:<br>Time:<br>Dept.: |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

AT&T Mobility LLC ("AT&T") respectfully submits this Motion for Leave to Seal Its Reply in Support of Its Motion to Compel Acacia Research Corporation

-1-

to Produce Patent License Agreements and Related Documents. In support of its Motion, AT&T states as follows:

AT&T's Reply in Support of Its Motion to Compel contains information that has been designated Confidential and Highly Confidential pursuant to a Protective Order entered in the Eastern District of Texas in the underlying action 13-cv-00507-KNM (*See* Dkt. No. 10-2). Given the provisions of the Protective Order and the nature of the information reflected in these filings, it is necessary to file the Reply under Seal.

For the reasons set forth above, AT&T requests an Order from this Court granting AT&T leave to file its Reply in Support of Its Motion to Compel under Seal.

DATED: December 14, 2015

Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ Jeffrey D. Comeau
JEFFREY D. COMEAU
CA SB# 259679
jeffreycomeau@paulhasting.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorney for Defendant
AT&T MOBILITY LLC

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Jeffrey D. Comeau
Jeffrey D. Comeau