**Transferred case has been opened**
txedCM   to: InterdistrictTransfer_CASD                12/17/2015 12:48 PM

```
CASE: 3:15-cv-02373

DETAILS: Case transferred from California Southern
has been opened in Eastern District of TEXAS
as case 6:15-cv-01155, filed 12/17/2015.
```